# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MEDINA,<br><br>    Plaintiff,<br><br>    v.<br><br>S. SHERMAN, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00475-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REFUND OF FILING FEE<br><br>[ECF No. 12] |

    Plaintiff Robert Medina is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's motion for a refund of the filing fee for this action, filed May 8, 2017.

    Plaintiff filed the instant action on April 6, 2016, and was granted in forma pauperis status on April 7, 2016.

    On August 17, 2016, this action was dismissed for failure to comply with a court order and for failure to state a cognizable claim for relief, and judgment was entered. (ECF Nos. 10, 11.) Plaintiff now seeks to discharge the hold of the $350.00 filing placed on his prison trust account.

    Title 28 of the United States Code section 1915 governs proceedings in forma pauperis. "Plaintiff's normally must pay [$400] to file a civil complaint in federal district court, 28 U.S.C. § 1914(a), but 28 U.S.C. § 1915(a)(1) allows the district court to waive the fee, for most individuals

1

unable to afford it, by granting in forma pauperis status." Andrews v. Cervantes, 493 F.3d 1047, 1051 (9th Cir. 2007).  However, notwithstanding being granted leave to proceed in forma pauperis, "if a prisoner brings a civil action …, the prisoner shall be required to pay the full amount of the filing fee" through payments deducted from the prisoner's prison trust account.  28 U.S.C. § 1915(b)(1).  After payment of an initial filing fee, if any, "the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.  The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid."  28 U.S.C. § 1915(b)(2).  The filing fee applies at the time the case is filed and the fact that the case is subsequently dismissed does not relieve the Plaintiff from paying the filing fee in full by appropriate deductions from his prisoner trust account.  See, e.g., Vartanpour v. Neven, No. 2:15-cv-00951-JAD-CWH, 2016 WL 589669, at *1 (D. Nev. Feb. 10, 2016).  Accordingly, Plaintiff's motion to be relieved of the obligation to pay the filing fee for this action is DENIED.

IT IS SO ORDERED.

Dated:   **May 9, 2017**

UNITED STATES MAGISTRATE JUDGE